UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ana Mateo Nunez,

                Plaintiff,

-against-

Commissioner of Social Security,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2024
```

20 Civ. 10613 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff *pro se*, Ana Mateo Nunez, has not filed a civil cover sheet or request for summons in this in this Social Security action since filing her complaint on December 15, 2020. ECF No. 2. Accordingly, the above-entitled action is discontinued without prejudice to the right to reopen the action within thirty days of the date of this Order. Any application to reopen must be filed within thirty days of this Order and must set forth the reason for delay.

    Any pending motions are moot. The Clerk of Court is directed to close the case and mail a copy of this Order to Plaintiff *pro se*.

    SO ORDERED.

Dated: March 28, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge